# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:11-cr-13-01 SEB-MGN |
| vs. | ) | |
| | ) | |
| BECKY METCALF, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court, having reviewed the Magistrate Judge's Report and Recommendation at Docket No. 31, and finding that Defendant has admitted the violations of supervised release numbered 1 in the Petition filed on December 6, 2011 and numbered 2 in the Supplemental Petition dated March 2, 2012, now adopts the Magistrate Judge's Report and Recommendation.  Defendant's supervised release is REVOKED and she is sentenced to the custody of the Attorney General or his designee for a period of four (4) months.  Defendant shall continue treatment for depression, including medications, while she is in custody.  Thereafter, Defendant will be subject to thirty-two (32) months of supervised release under the same conditions imposed at sentencing.  A judgment shall issue accordingly.

IT IS SO ORDERED.

Date: ___06/26/2012___

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Michael J. Donahoe
    INDIANA FEDERAL COMMUNITY DEFENDERS
    mike.donahoe@fd.org,judy.poling@fd.org,sara.varner@fd.org

Zachary A. Myers
    UNITED STATES ATTORNEY'S OFFICE
    zachary.myers@usdoj.gov,kelly.destjean@usdoj.gov,justin.ogden@usdoj.gov,Stacey.Tal
    bott@usdoj.gov

Patrick J. Renn
    prenn@600westmain.com,vac@600westmain.com